1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

LIONELL JONES

                    Plaintiff(s),

      v.

KINGSWAY AMERICA, INC., ET AL.

                    Defendant(s).

_____/

No. C 10-01388 LB

**ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM**

Pending before the Court is Plaintiff's Motion to Remand and Motion for Attorney's Fees and Costs.  Upon review of the record in this action, the Court notes that Defendants have not filed a written consent to Magistrate Judge Beeler's jurisdiction.  This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and

C 10-01388

1   disposition.  Accordingly, Defendants shall inform the Court whether they consent to Magistrate

2   Judge Beeler's jurisdiction or request reassignment to a United States District Judge for trial.  The

3   consent/declination form shall be filed by April 30, 2010.

4        **IT IS SO ORDERED.**

5

6   Dated: April 15, 2010

7                                                   LAUREL BEELER
                                                   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 10-01388                                            2

1
2
3
4
5
6
7
8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

Oakland Division

11

12   LIONELL JONES,                                          No.  C 10-01388 LB

13            Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A
                                               UNITED STATES MAGISTRATE JUDGE**

14        v.

15   KINGSWAY AMERICA, INC., ET AL.,

16            Defendant(s).
     _____/

17

18        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

20   consents to have a United States Magistrate Judge conduct any and all further proceedings in the

21   case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken

22   directly to the United States Court of Appeals for the Ninth Circuit.

23

24   Dated: _____        _____
                                           Signature

25
                                           Counsel for _____
26                                         (Plaintiff, Defendant or indicate "pro se")

27

28

     C 10-01388                                    3

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2

3

4

5

6

7

8                         UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                                 Oakland Division

11

12   LIONELL JONES,                              No.  C 10-01388 LB

13            Plaintiff(s),                      **DECLINATION TO PROCEED BEFORE**
                                                 **A MAGISTRATE JUDGE**
14        v.                                     **AND**
                                                 **REQUEST FOR REASSIGNMENT TO A**
15   KINGSWAY AMERICA, INC., ET AL.,             **UNITED STATES DISTRICT JUDGE**

16            Defendant(s).
     _____/

17

18        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19        The undersigned party hereby declines to consent to the assignment of this case to a United

20   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

21   a United States District Judge.

22

23   Dated: _____        Signature_____

24                                          Counsel for _____
                                            (Plaintiff, Defendant, or indicate "pro se")
25

26

27

28

     C 10-01388                              4

*(left margin, vertical text)* **UNITED STATES DISTRICT COURT** For the Northern District of California