Samuel L. Phillips, Esq. (SBN 127793)
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, CA 95113-2301
Telephone (408) 535-0870
Facsimile (408) 535-0878

Attorneys for Defendants KINGSWAY AMERICA
AGENCY, INC., and LORI ZIMMERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL JONES,<br><br>            Plaintiff,<br><br>v.<br><br>KINGSWAY AMERICA, INC., LORI ZIMMERMAN and DOES 1-30,<br><br>            Defendants. | Case No. RG10497683<br><br>**STIPULATION OF DISMISSAL; ORDER** |

The parties hereto Stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

All parties are hereby dismissing this action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2).

DATED: June 28, 2010          BORTON PETRINI, LLP

By /s/ Samuel L. Phillips
Samuel L. Phillips, Esq.,
Attorneys for Defendants KINGSWAY AMERICA AGENCY, INC., and LORI ZIMMERMAN

1
STIPULATION OF DISMISSAL; ORDER

| | | |
|---|---|---|
| 1 | DATED: June __, 2010 | THE LAW OFFICES OF ANDREW WOLFF |
| 2 | | |
| 3 | | By _____ |
| | | Andrew Wolff |
| 4 | | Attorneys for Plaintiff LIONELL JONES |
| 5 | IT IS SO ORDERED: | |
| 6 | | |
| 7 | | |
| 8 | Dated: _____ | /s/ Susan Illston |
| | | JUDGE OF THE NORTHERN DISTRICT |